# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**JAHOLA THOMPSON,**

      **Plaintiff,**

v.                                                 Case No: 6:21-cv-1915-PGB-DCI

**STRADA SERVICES, INC.** and
**JOSEPH STRADA,**

      **Defendants.**

_____/

## ORDER

This cause is before the Court on the parties' Joint Motion to Approve the Settlement Agreement and to Dismiss with Prejudice (Doc. 12 (the "**Motion**")), filed on January 10, 2022. The United States Magistrate Judge has submitted a report recommending that the Motion be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation dated January 10, 2022 (Doc. 13), is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Joint Motion to Approve the Settlement Agreement and to Dismiss with Prejudice (Doc. 12) is **GRANTED**.

3. The Court finds the Agreement (Doc. 12-1) to be a fair and reasonable settlement of Plaintiff's claims under the Fair Labor Standards Act.

4. This case is **DISMISSED WITH PREJUDICE**.

5. The Clerk of Court is **DIRECTED** to close the file.

**DONE AND ORDERED** in Orlando, Florida on January 26, 2022.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties